# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | Case No. 1:15-cv-00924-SKO (PC) |
| Plaintiff, | ORDER FINDING PLAINTIFF ELIGIBLE TO PROCEED IN FORMA PAUPERIS IN THIS ACTION |
| v. | |
| A. PODSAKOFF, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Michael Gonzales, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 18, 2015. Plaintiff has three strikes under 28 U.S.C. § 1915(g). The Court has reviewed Plaintiff's complaint and finds it meets the imminent danger exception set forth in section 1915(g). *Williams v. Paramo*, 775 F.3d 1182, 1189-90 (9th Cir. 2015) (citing *Andrews v. Cervantes*, 493 F.3d 1047, 1055-57 (9th Cir. 2007)). Accordingly, by separate order, Plaintiff's motion for leave to proceed in forma pauperis shall be granted.

IT IS SO ORDERED.

Dated: **June 30, 2015**           /s/ Sheila K. Oberto
                         UNITED STATES MAGISTRATE JUDGE