# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>A. PODSAKOFF, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:15-cv-00924-SKO (PC)<br><br>ORDER GRANTING MOTIONS FOR COURTESY COPY OF DOCKET<br><br>(Docs. 11 and 12) |

    Plaintiff Michael Gonzales, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 18, 2015.  On October 27, 2015, Plaintiff filed another motion seeking a copy of the docket, stating that because he has not received orders on his previous motions, he believes his mail is being censored.  The Court will provide Plaintiff with a docket copy but Plaintiff is informed that his case is one of many pending. This district carries one of the heaviest caseloads-per-judge in the country, and any conclusion by Plaintiff that the absence of orders on his motions is the result of mail tampering is unfounded. Plaintiff's complaint will be screened and any pending motions will be addressed in due course.

    Plaintiff's motions for a copy of the docket, filed on September 21, 2015, and on October 27, 2015, are HEREBY GRANTED.

IT IS SO ORDERED.

Dated: __October 28, 2015__            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28