IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GONZALES,**<br><br>Plaintiff,<br><br>v.<br><br>**PODSAKOFF, et al.,**<br><br>Defendants. | Case No. 1:15-cv-00924 SKO<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(Doc. 36)** |

On May 17, 2017, Defendants filed a request for an extension of time relieving them of their obligation to respond to Plaintiff's First Amended Complaint until thirty days after the Court rules on their notice of related cases and request for consolidation of this action with *Gonzales v. Ferrso et al.*, E.D. Cal. No. 1:16-cv-01813-EPG.

Good cause appearing, Defendants' first request for an extension of time to respond to the First Amended Complaint (Doc. 36) is **GRANTED**; Defendants are relieved of their obligation to respond to Plaintiff's First Amended Complaint until thirty days after the Court rules on their request for consolidation (Doc. 35).

IT IS SO ORDERED.

Dated: **May 19, 2017**        /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

1