UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GONZALES,

        Plaintiff,

    v.

A. PODSAKOFF et al.,

        Defendants.

No. 1:15-cv-00924-DAD-SKO

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' REQUEST FOR CONSOLIDATION

(Docs. Nos. 35, 42)

Plaintiff Michael Gonzales is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 25, 2017, the assigned magistrate judge issued finding and recommendations, recommending that this court deny defendants' request to consolidate this action with *Gonzales v. Garcia et al.*, No. 1:16-cv-01813-EPG (E.D. Cal. filed Oct. 12, 2016). (Doc. No. 42.) The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within twenty-one days. (*Id.*) No objections have been filed.[1]

---

[1] On May 26, 2017, plaintiff filed an opposition to defendants' request to consolidate, which concurs with the magistrate judge's findings and recommendations. (*See* Doc. No. 43.)

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2    *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

3    and recommendations to be supported by the record and by proper analysis.

4        Accordingly,

5        1.  The May 25, 2017 findings and recommendation (Doc. No. 42) are adopted in full;

6        2.  Defendants' request to consolidate this action with *Gonzales v. Garcia et al.*, No.

7            1:16-cv-01813-EPG (Doc. No. 35), is denied.

8    IT IS SO ORDERED.

9        Dated:    **September 7, 2017**                                                    

10                                                  UNITED STATES DISTRICT JUDGE