# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | Case No. 1:15-cv-00924-DAD-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO COPY AND TRANSFER EXHIBITS FROM THIS CASE TO 1:16-cv-01813 |
| v. | |
| A. PODSAKOFF, et al., | (Doc. 79) |
| Defendants. | |

Plaintiff Michael Gonzales, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2018, Plaintiff filed a motion requesting copies of all exhibits filed in this case and their transfer to case *Gonzales v. Fersso*, 1:16-cv-01813 (ED Cal). (Doc. 79.) Plaintiff contends he is having difficulty obtaining copies of documents he needs in the *Fersso* case. (*Id.*) Plaintiff has filed a similar request in the *Fersso* case in conjunction with a request for a second extension of time to file Plaintiff's initial disclosures. *See Fersso*, Docs. 51, 52.

Although this Court recognizes Plaintiff's issue, it is for the Court in the *Fersso* case to decide whether Plaintiff's request is justified and whether any of his exhibits in the present action are relevant to his claims in the *Fersso* case. This Court declines to extend its limited resources addressing an issue which is before and properly within the jurisdiction of the Court in the *Fersso* case. Accordingly, Plaintiff's motion filed on April 5, 2018, (Doc. 79), for the exhibits in this action to be copied and transferred to the *Fersso* case, is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **April 17, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE