# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | Case No. 1:15-cv-00924-DAD-SKO (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES |
| v. | (Doc. 75) |
| A. PODSAKOFF, et al., | |
| Defendants. | |

Plaintiff, Michael Gonzales, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2018, Plaintiff filed a motion seeking copies of the documents attached as exhibits to his reply (Doc. 72) to Defendants' motion for security, indicating that correctional officers did not make copies before mailing as Plaintiff requested. (Doc. 75.) Plaintiff was directed in the First Informational Order not to send original documents to the Court. (Doc. 4, p. 2.) Generally, parties are required to pay $0.50 per page for copies of any document, regardless of *in forma pauperis* status. It is understood that Plaintiff will require the documents he seeks, or copies thereof, to pursue this action. However, the circumstances Plaintiff describes rendered submission of Plaintiff's original documents unavoidable.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for copies of his exhibits and/or his originals, filed on March 8, 2018, (Doc. 75), is GRANTED. The Clerk of the Court is directed to return the original documents attached to Plaintiff's Reply (Doc. 72) to Plaintiff, or if already destroyed, to send Plaintiff copies thereof.

IT IS SO ORDERED.

Dated: **July 30, 2018**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE