# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GONZALES,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**PODSAKOFF, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:15-cv-00924-DAD-SKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(Doc. 105)**<br><br>**Deadline: March 7, 2019** |

The Court, having considered Defendants' request for an extension of time and declaration of counsel, and good cause appearing: **IT IS HEREBY ORDERED** that the deadline for Defendants to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment is extended up to and including, March 7, 2019.

IT IS SO ORDERED.

Dated: __**February 20, 2019**__　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE